Order issued October 3 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00731-CV

CONSTANCE GIBSON, INDIVIDUALLY AND
AS NEXT FRIEND OF M.G., A MINOR, Appellant

V.

GARLAND INDEPENDENT SCHOOL DISTRICT, Appellee

## ORDER

The Motion for Rehearing filed by appellant is hereby DENIED.

ELIZABETH LANG-MIERS
JUSTICE